1  ROBERT W. FREEMAN, ESQ.
   Nevada Bar No. 03062
2  Email: Robert.Freeman@lewisbrisbois.com
   GREGORY S. BEAN, ESQ.
3  Nevada Bar No. 12694
   Email: Gregory.Bean@lewisbrisbois.com
4  **LEWIS BRISBOIS BISGAARD & SMITH** LLP
   6385 S. Rainbow Boulevard, Suite 600
5  Las Vegas, Nevada 89118
   702.893.3383
6  FAX: 702.893.3789
   *Attorneys for Defendant*
7

8               UNITED STATES DISTRICT COURT

9            DISTRICT OF NEVADA, SOUTHERN DIVISION

10

11 MICHAEL S. ALLEN, as Parent and Legal        CASE NO.:   2:14-cv-01905-JCM-PAL
   Guardian of WYATT L. ALLEN, a minor,
12
            Plaintiffs,
13
       vs.                                      STIPULATION AND ORDER FOR
14                                              DISMISSAL WITH PREJUDICE
   STATE FARM MUTUAL AUTOMOBILE
15 INSURANCE COMPANY; and DOES I
   through 100; and ROE CORPORATIONS
16 101 through 200,

17          Defendants.

18

19        IT IS HEREBY STIPULATED, by and among Plaintiff WYATT ALLEN, by way of

20 his parent and legal guardian, MICHAEL S. ALLEN, and Defendant STATE FARM

21 MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through their respective

22 counsel of record, that all of the claims and causes of action against Defendant STATE

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4814-1136-3622.1

1  FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, shall be dismissed, with

2  prejudice, each party to bear their own attorneys fees and costs.

3

4  DATED this 11 day of ~~August~~ September, 2015.    DATED this 3 day of ~~August~~ SEPTEMBER, 2015.

5

6  LEWIS BRISBOIS BISGAARD & SMITH          RICHARD HARRIS LAW FIRM

7

8  _____        _____
   ROBERT W. FREEMAN, ESQ.                  BRYAN A. BOYACK, ESQ.

9  Nevada Bar No. 03062                     Nevada Bar No. 09980
   GREGORY S. BEAN, ESQ.                    801 South Fourth Street

10 Nevada Bar No. 12694                     Las Vegas, Nevada 89101
   6385 S. Rainbow Boulevard, Suite 600     *Attorneys for Plaintiff*

11 Las Vegas, Nevada 89118                  *WYATT L. ALLEN*
   *Attorneys for Defendant*

12 *STATE FARM MUTUAL AUTOMOBILE*
   *INSURANCE COMPANY*

13

14                          **ORDER**

15 IT IS SO ORDERED:

16

17     Dated September 16, 2015.

18

19

20 _____
   UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4814-1136-3622.1                          2